**DISMISS and Opinion Filed October 29, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-01164-CR**

**DONALD ABRIANE STEPHENS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F20-35718**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Goldstein, and Justice Kennedy
Opinion by Chief Justice Burns

Before the Court is appellant's motion to dismiss this appeal. The motion is signed by appellant and his counsel. *See* TEX. R. APP. P. 42.2. We grant the motion and dismiss the appeal.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

241164F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DONALD ABRIANE STEPHENS,
Appellant

No. 05-24-01164-CR    V.

THE STATE OF TEXAS, Appellee

On Appeal from the 292nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F20-35718.
Opinion delivered by Chief Justice
Burns. Justices Goldstein and
Kennedy participating.

Based on the Court's opinion of this date, appellant's motion to dismiss this appeal is **GRANTED**, and the appeal is **DISMISSED**.

Judgment entered October 29, 2024.